AUGUST 25, 1986

No. A–140.   WICKER *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay in order to give the applicant time to file a petition for writ of certiorari, and would grant the petition and vacate the death sentence in this case.

SEPTEMBER 2, 1986

No. 86–5137.   PARK HUNG QUAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.   ▮

SEPTEMBER 3, 1986

No. A–12 (85–1722).   O'LONE, ADMINISTRATOR, LEESBURG PRISON COMPLEX, ET AL. *v.* ESTATE OF SHABAZZ ET AL.   C. A. 3d Cir.   Application for recall and stay of mandate, addressed to JUSTICE WHITE and referred to the Court, denied.   JUSTICE REHNQUIST would grant this application.

No. A–49 (85–2132).   KEHOE *v.* HOFMANN.   C. A. 3d Cir. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–550.   IN RE DISBARMENT OF MICHAELS.   Disbarment entered.   [For earlier order herein, see 475 U. S. 1092.]